DAYLE ELIESON
United States Attorney
JAMES E. KELLER (NVBN 10636)
Assistant United States Attorney
United States Attorney's Office
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
James.Keller3@usdoj.gov
Attorneys representing the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO VARGAS-GOMEZ,<br><br>Defendant. | Case No. 3:18-CR-00067-MMD-WGC<br><br>MOTION TO DISMISS WITHOUT PREJUDICE AND [PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby moves to dismiss without prejudice the Indictment filed on August 8, 2018, against Jose Antonio Vargas-Gomez, Defendant herein.

This dismissal without prejudice is warranted because it is appearing at this time that the Defendant has not returned to the United States after he had been deported to Mexico as a citizen of Mexico and alien of the United States, pursuant to the reinstatement of an Immigration Judge's Order of Removal of the Defendant, which Defendant did not contest, leading to his deportation upon his release from custody in the instant case.

1

Given that the statute of limitations for this offense has more than four years remaining on it, the motion is for dismissal of the Indictment without prejudice. The United States may seek to re-indict the Defendant to preserve the statute of limitations and to ensure a warrant is in place should the Defendant return to the United States without authorization.

Dated this 27th day of September, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

 /s/ James E. Keller
JAMES E. KELLER
Assistant United States Attorney

## ORDER

LEAVE of Court is granted for the filing of the foregoing motion to dismiss without prejudice pursuant to Fed. R. Crim. P. 48(a); and

IT IS THEREFORE ORDERED that the Indictment against JOSE ANTONIO VARGAS-GOMEZ is hereby DISMISSED WITHOUT PREJUDICE.

Dated: September 28, 2018

HONORABLE MIRANDA M. DU
United States District Judge